**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     Union Carbide Corporation **V.** Jones; Rosemary Alegria, Nathan
                         Reyes, Natalie Ojeda, and Nicholasa Torres, Individually, and as Heirs
                         of Nicholas Reyes

Appellate case number:   01-14-00574-CV

Trial court case number: 2013-36767A

Trial court:             165th District Court of Harris County

Date motion filed:       April 12, 2016

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Sherry Radack

☐ Acting individually     ☒ Acting for the Court

Panel consists of: Chief Justice Radack and Justices Brown and Lloyd

Date: July 19, 2016